UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : BANKRUPTCY NO. 07-10473 |
| | : CHAPTER 7 |
| DONALD L. GAMET and LUANN M. | : |
| GAMET, DEBTORS | : |

## MEMORANDUM ORDER

It appearing that Harold B. Fink, Jr., Esq., ("Attorney Fink") acting on behalf of Jeffery and Leigh Linnan, sent correspondence dated April 20, 2007 addressed to the Honorable Judge John J. Horner to the address of this Court (John J. Horner being not a judge, but rather the Interim Chief Clerk of the Bankruptcy Court for the Western District of Pennsylvania); that said Attorney Fink sent another letter similarly addressed and dated June 4, 2007 (docketed June 5, 2007 at Document No. 29); and that the letter of June 4, 2007 advises that the Debtors own two parcels of real estate in McKean County, Pennsylvania which are not listed as assets in the Debtors' petition and advising that there was a fraud on the Court and the creditors; and that the letter of April 20, 2007 advised that his clients have a lien on certain restaurant equipment valued at approximately $40,000; and that if his clients cannot obtain recovery thereof, these items of personalty should be in the Debtors' Bankruptcy Estate, it is ORDERED as follows:

Attorney Fink shall, by July 16, 2007, file with the Court and serve on the Trustee, an identification of the "two parcels of real estate in McKean County, Pennsylvania, which are not listed as assets" in Debtors' petition, and file with the Court and serve on the Trustee, a reasonable description of the items of restaurant equipment valued at approximately $40,000 and an identification of a location of such items.

It is FURTHER ORDERED that the Trustee shall make a reasonable inquiry into the information provided by Attorney Fink, and file a brief report thereof by July 26, 2007.

Dated: July 6 , 2007

_____
Warren W. Bentz
United States Bankruptcy Judge

FILED
JUL 5 2007
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE